UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


DRUEN NILES,                        :
              Petitioner       :
                              :
     v.                             :        CIVIL NO. 3:CV-07-1567
                              :
ALBERTO GONZALEZ, et al.,           :        (Judge Kosik)
             Respondents        :


**ORDER**

_____NOW, THIS 24ᵗʰ DAY OF OCTOBER, 2007, IT APPEARING TO THE COURT THAT:

(1)  The petitioner in the instant habeas corpus action filed pursuant to 28 U.S.C. §2241 was released from BICE custody pursuant to an Order of Supervision on October 12, 2007;

(2)  The only relief requested by petitioner was release from continued detention;

AND, IT FURTHER APPEARING THAT:

(3) The Report and Recommendation of the Magistrate Judge that the petition for writ of habeas corpus be dismissed as moot is proper;

IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Malachy E. Mannion dated October 17, 2007 (Doc. 7) is **ADOPTED;**

(2) The petition for writ of habeas corpus is **DISMISSED;** and

(3)  The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Order to the Magistrate Judge.


*S/EDWIN M. KOSIK*
United States District Judge